# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

HASIM MUNIR,
    Plaintiff,

v.                                                                              CA. No. 18-415-JJM-LDA

STATE OF RHODE ISLAND,
    Defendant.

## **JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to this Court's Order entered on October 17, 2018, the judgment is hereby entered dismissing the Plaintiff's Petition for a Writ of Habeas Corpus in accordance with Fed. R. Civ. P. 58.

    It is so ordered.

October 17, 2018                                    By the Court:

                                                                     /s/ John J. McConell, Jr.
                                                                     U.S. District Judge